IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



UNITED STATES OF AMERICA )
ex rel. NISHI A. JOSLIN, )
 )
        Petitioner, )
 )
v. )   No. 11 C 6575
 )
MELODY HULETT, )
 )
        Respondent. )

## MEMORANDUM ORDER

This Court's current printout of motions listed as pending in cases on its calendar has included the application by pro se habeas petitioner Nishi Joslin ("Joslin") for leave to proceed in forma pauperis (Dkt. 4). But the record reflects that Joslin had already paid the $5 filing fee together with submission of the habeas petition--obviously the contemporaneous application for in forma pauperis status reflected Joslin's unawareness that nothing more than the modest $5 payment is needed by way of a filing fee. Accordingly Dkt. 4 is denied as moot.

                                                        _____
                                                        Milton I. Shadur
                                                       Senior United States District Judge

Date: October 31, 2011